Alma M. Camerini
9145 Wilbur Take Ave
Northridge, Calif.
91343-2735

Fee Paid

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Alma M. Camerini
Eugene J. Camerini
PLAINTIFF(S)

v.

FDIC Indymac Federal Bank FSB
Indymac Bank et al
DEFENDANT(S).

CASE NUMBER

COMPLAINT FOR

CV 08-6047 GW (FMOx)

Please see Attached Sheets

I/S 20 & 60

LODGED

2008 SEP 16 AM 11:58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

EUGENE J. CAMERINI     FDIC Indymac Federal Bank
Alma M. Camerini     Indymac Bank et al    FSB

1. This complaint was written by ALMA M. Camerini with the approval of co-plaintiff Eugene J. Camerini.

Our two CD deposits were completely insured by FDIC upon opening by VITA Owczarczak-Jay and Paul Bartet which was the basis for our entrusting our funds in IndyMac bank.

On March 7, 2008 we opened a CD totten account in the amount of $200,000. at the Indymac Branch in Northridge, California which was to mature within six months. This CD was to be fully insured in the names of Eugene and Alma Camerini with our son, Keith Camerini, as beneficiary.

On April 18, 2008 we were in possession of $200,000 and we decided to open two separate CD accounts with the funds — preferably one at Luther Burbank Savings located in Encino, California where we already had an existing CD account in the amount of $200,000. with the requirement that the additional $100,000 would also be fully insured. At the same time, I called Indy Mac bank in Northridge and asked the person who answered if I could open an additional CD account for $100,000 without including premium checking. She told me that since I already had an account with

1

Indymac bank this could be done. I made out a note stating what she had told me and asked about FDIC insurance coverage and whether my son would be a qualified beneficiary as well as my husband. My husband then went to the Indymac branch to maybe open another account. He very specifically asked Paul Bartet who was to open the new account if the amount would be fully insured by FDIC and that the account would be opened in my (AIMA) name with my son and husband as beneficiaries. Mr. Bartlet assured him these conditions were included in this new transaction. Otherwise, we wouldn't have deposited our $100,000 check.

On July 11, 2008 Indymac bank was taken over by FDIC regulators. We both went to see Paul about our accounts after receiving a letter dated 21, 2008 from the FDIC in Dallas, Texas that included a receiver's certificate in the amount of $53,527.17. Paul told us that there was a question of whether our son was a qualified beneficiary. So we made another trip to Indymac where we spoke to a FDIC man about the fact we had read in the newspaper that it was necessary to change our son's name to Michael Keith Camerini and he said this would be done.

We received a dividend distribution check in the amount of $26,763.59 from FDIC dated July 30, 2008. which we have not cashed since we do not know how or if it will be included in our 2008 income tax return.

1  On September 3, 2008 our now depleted CD
2  in the amount of $146,472.83 was maturing
3  so we went to the Indymac bank in Northridge
4  to redeem it. We spoke to Vita Owezzarczak. Jay
5  personally and I wanted to know why the
6  FDIC had decided we were insured for over
7  53,000 dollars. She said that if the additional
8  100,000 dollars had been written up differently
9  we would have been fully insured. ~~it written differently~~ Why wasn't
10 it written differently when Paul Barlet when
11 he assured my husband that it was fully in-
12 sured after he had checked with VITA on the
13 day we opened the additional account?
14 VITA then called someone at the FDIC where
15 she was told that since I had signed a
16 signature card, she was not responsible for
17 the uninsured account amount.
18    When we received the receivership
19 certificate dated July 21, 2008 we went to the
20 Mother Burbank savings bank in Encino, California
21 We spoke to the assistant manager who had
22 opened our other $100,000 in Eugene Camerini's
23 name on April 18, 2008. and where we had
24 another CD in the amount of $200,000
25 opened a month before. She told us were
26 completely insured FDIC for $300,000.
27 based on the example of POD accounts found
28 in a FDIC 002-2007 pamphlet. when she
   called the FDIC she was told that our two
   CD's had been combined and that and that
   $50,000 had been deducted from the $300,000

3

We as depositors sincerely belive that when we put our trust and act in good faith with a financial institution we are entitled to be assured by the bank's agents that the FDIC insurance amount is fully guaranteed. It is their expertise that we are relying upon and is there are changes made from the original agreements, we should be given an opportunity to bring said accounts up to date.

4

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
Alma M. Camerini
Eugene J. Camerini

**DEFENDANTS**
Federal Deposit Insurance Corp
IndyMac Bank
IndyMac Federal Bank F.S.B.

**(b) County of Residence of First Listed Plaintiff** (Except in U.S. Plaintiff Cases):
Los Angeles County

**County of Residence of First Listed Defendant** (In U.S. Plaintiff Cases Only):
Los Angeles

**(c) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Alma M. Camerini

**Attorneys** (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ 53,527. + int.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Unknown (Our two CD deposits were completly FDIC insured upon opening by Vita and Paul (see next page) which was the basis for us entrusting our funds to IndyMac.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☒ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☐ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: **08 - 6047**

---

CIVIL COVER SHEET                                                                                             Page 1 of:

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)
☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;
☐ B. Involve the same or substantially the same parties or property;
☐ C. Involve the same patent, trademark or copyright;
☐ D. Call for determination of the same or substantially identical questions of law, or
☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☒ Check here if the U.S. government, its agencies or employees is a named plaintiff.

Los Angeles County

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☒ Check here if the U.S. government, its agencies or employees is a named defendant.

1. Federal Deposit Insurance Corp. L.A. County - 155 No Lake Ave, Pasadena, CA 91101
2. IndyMac Bank L.A. County - Northridge
   a. Vita Owczarezak - Jay
   b. Paul Beatek
3. Indybank Federal Bank - L.A. County F.S.B.

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

Los Angeles County

X. SIGNATURE OF ATTORNEY (OR PRO PER): *Alma M Camerini*   Date 9-10-08

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Alma M. Camerini, Eugene J. Camerini <br><br> PLAINTIFF(S) <br><br> v. <br><br> FDIC Indymac Federal Bank FSB Indymac Bank et al <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV08-6047 GW (FMOx) <br><br><br> SUMMONS |
|---|---|

TO: DEFENDANT(S): FDIC

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Alma M. Camerini__, whose address is __9447 Whitaker Ave., Northridge, CA 91343__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 9/16/08         By: C. Powers
                          Deputy Clerk

                          (Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Alma M. Camerini, Eugene J. Camerini<br><br>PLAINTIFF(S)<br><br>v.<br><br>FDIC Indymac Federal Bank FSB<br>Indymac Bank et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV08-6047 GW (FMOx)<br><br>**SUMMONS** |
|---|---|

TO:   DEFENDANT(S):  <u>Indymac Bank et al.</u>

   A lawsuit has been filed against you.

   Within <u> 20 </u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u> Alma M. Camerini </u>, whose address is <u>9447 Whitaker Ave., Northridge, CA 91343</u>.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: <u>9/16/08</u>          By: <u>C. Powers</u>       SEAL
                  Deputy Clerk

                  (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

**CV08- 6047 GW (FMOx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY