HUGHES HUBBARD & REED LLP
SCOTT H. CHRISTENSEN (*pro hac vice* pending)
   e-mail: christen@hugheshubbard.com
1775 I Street, N.W.
Washington, D.C.  20006-2401
Telephone:  (202) 721-4600
Facsimile:  (202) 721-4646

HUGHES HUBBARD & REED LLP
RITA M. HAEUSLER, State Bar No. 110574
   e-mail: haeusler@hugheshubbard.com
350 South Grand Avenue, 36th Floor
Los Angeles, California  90071-3442
Telephone:  (213) 613-2800
Facsimile:  (213) 613-2950

FEDERAL DEPOSIT INSURANCE CORPORATION
TINA A. LAMOREAUX
   e-mail: TLamoreaux@FDIC.gov
B. AMON JAMES
   e-mail: BAJames@FDIC.gov
550 17th Street, N.W., VS-D-7074
Washington, D.C.  20429
Telephone:  (703) 562-2304 (Lamoreaux)
Telephone:  (703) 562-2631 (James)
Facsimile:  (703) 562-2475

Attorneys for Defendant Federal Deposit Insurance
Corporation as Receiver for IndyMac Bank, F.S.B.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA M. CAMERINI AND EUGENE J. CAMERINI,<br><br>        Plaintiffs,<br><br>    v.<br><br>FDIC INDYMAC FEDERAL BANK FSB INDYMAC BANK, et al.,<br><br>        Defendants. | CASE NO.  08-CV-6047 GW (FMOx)<br><br>[Assigned to Hon. George H. Wu]<br><br>**NOTICE OF RELATED CASE**<br><br>Complaint Filed:  September 16, 2008 |

TO THE COURT AND THE PLAINTIFFS' COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 83-1.3, this action filed by Plaintiffs Alma M. Camerini and Eugene J. Camerini  on September 16, 2008 is related to the action entitled *Nasoordeen v. FDIC*, No. 08-CV-5631 MMM (JWJx), which was

1

60413782_1.doc

previously filed in this Court and is assigned to the Honorable Margaret M. Morrow. This case also is related to *Rambuski v. FDIC*, No. 08-CV-5665 MMM (JWJx), which was previously filed in this Court and already transferred to Judge Morrow because it is related to *Nasoordeen*.

In this action, Plaintiffs are, among other things, seeking judicial review of the Federal Deposit Insurance Corporation ("FDIC") deposit insurance determination following the failure of IndyMac Bank, F.S.B. and the establishment of IndyMac Federal Bank, F.S.B. This case is related to *Nasoordeen*, 08-CV-5631 MMM (JWJx), and *Rambuski*, 08-CV-5665 MMM (JWJx), because all of these cases (a) arise from the same or closely related events, namely the closure of IndyMac and deposit insurance determination by the FDIC, and (b) call for determination of the same or substantially related or similar questions of law and fact. *See* L.R. 83-1.3.1. Indeed, the following cases appear to be related to the previously-filed cases pending before Judge Morrow:

| | | |
|---|---|---|
| 08-CV-5674 SJO (PLAx) | 08-CV-6028 AHM (PJWx) | 08-CV-6257 SVW (JTLx) |
| 08-CV-5964 MMM (JWJx) | 08-CV-6041 ODW (RCx) | 08-CV-6271 GAF (AJWx) |
| 08-CV-5968 PA (MANx) | 08-CV-6047 GW (FMOx) | 08-CV-6397 SJO (PLAx) |
| 08-CV-1021 AG (MLGx) | 08-CV-6055 GW (JWJx) | 08-CV-06468 PSG (RCx) |
| 08-CV-5989 CBM (Ex) | 08-CV-6073 RGK (AJWx) | 08-CV-6458 FMC (AGRx) |
| 08-CV-5990 PSG (RCx) | 08-CV-6132 RGK (CWx) | 08-CV-6497 JFW (RCx) |
| 08-CV-5993 FMC (Ex) | 08-CV-6162 PSG (JTLx) | 08-CV-6546 R (PLAx) |
| 08-CV-5994 FMC (Ex) | 08-CV-6222 R (FMOx) | |
| 08-CV-6006 MMM (AGRx) | 08-CV-6245 PA (AJWx) | |

The FDIC as Receiver for IndyMac Bank, F.S.B. (the "FDIC Receiver"), the proper Defendant in this action, may be filing notices of related cases in each these civil actions seeking consolidation before one judge of all cases raising the same or substantially related questions of fact and law.

Assignment of this action to Judge Morrow, the judge to whom the previously-filed cases are assigned, would likely avoid the substantial duplication of labor that would be required if the cases instead were heard by different judges.

NOTICE OF RELATED CASE

60413782_1.doc

1

2   Dated:  October 9, 2008

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HUGHES HUBBARD & REED LLP

By: _____
        Rita M. Haeusler
    Attorneys for Defendant Federal Deposit
    Insurance Corporation as Receiver for
        IndyMac Bank, F.S.B.

3
NOTICE OF RELATED CASE

60413782_1.DOC

## DECLARATION OF SERVICE BY MAIL

The undersigned declares:

I am, and was at all times herein mentioned, a citizen of the United States, a resident of the County of Los Angeles, over the age of 18 years and not a party to this action or proceeding.  My business address is 350 South Grand Avenue, 36th Floor, Los Angeles, California  90071-3442.  I am employed in the office of a member of the bar of this Court, at whose direction the service described herein was made.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the U.S. Postal Service.  Correspondence so collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business.  On October 9, 2008, at my place of business, I placed a true and correct copy of the foregoing **NOTICE OF RELATED CASE** for collection and mailing on that date with the U.S. Postal Service, following ordinary business practice, in sealed envelopes, with postage fully prepaid, addressed as follows:

> Alma M. Camerini and Eugene J. Camerini
> 9447 Whitaker Avenue
> Northridge, California  91343-2735

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Los Angeles, California, on October 9, 2008.

_Catherine Ryan_
Catherine Ryan

60413782_1.doc