FILED
2009 FEB 26 PM 1:36
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

ALMA M CAMERINI
EUGENE J CAMERINI
9447 Whitaker Ave.
Northridge, California,USA,91343-2735
Telephone: (818)895-1871
E-mail:cam@copper.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA M. CAMERINI AND EUGENE J. CAMERINI<br><br>Plaintiffs,<br><br>versus<br><br>FDIC INDYMAC FEDERAL BANK FSB, INDYMAC BANK et al<br><br>Defendants | Case No. 08-CV-6047 MMM (JWJx)<br><br>Assigned to Hon Margaret Morrow<br><br>Opposition To MOTION BY DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER TO DISMISS PLAINTIFFS' COM-PLAINT FOR LACK OF JURISDICTION<br><br>Complaint Filed: Sept. 16, 2008<br><br>Hearing:    March 16, 2009<br>Time:        10:00 A M<br>Courtroom: 780 |

Please take notice that Plaintiffs hereby object to the granting

1

of the Defendant Federal Deposit Insurance Corporation as the receiver for IndyMac Bank, FSB to dismiss the Plantiffs' complaint for the lack of jurisdiction.

On July 21,2008, the Plaintiffs received a receivership certificate proof of claim-No. 6064 with claim number 00024-000 with regard to account number 2213058917-02 in the amount of $53,527.17 mailed from IndyMac Bank, FSB in Pasadena and signed by the receiver but a claim form was not included. On July 21, 2008, the Plaintiffs also received a Notice Of Allowance Of Claim from the Federal Deposit Insurance Corporation, Division of Resolutions and Receivership located at 1601 Bryan Street, Dallas, Texas. Also included in the FDIC Insurance Corporation form was the offer that if the Plaintiffs disagreed with the uninsured disposition, the Plaintiff could seek a review of said determination in the United States District Court for the federal judicial district where the princcipal place of business of the failed bank institution was located. However the Plaintiff was required to file this request for judicial review within sixty days from July 21,2008.

On September 16,2008 Plaintiffs went to the US District Court at 212 North Spring Street in Los Angeles to file for this judicial review. There the Plaintiffs were informed they could not get this review unless they filed a civil action with the US District Court. ThePlaintiffs paid the filing fee and the case was assigned to Honorable Judge Wu. On September 22, 2008, the Plaintiffs' process server served their summons of the complaint to the FDIC IndyMac Federal Bank Headquarters in Pasadena, California.

On September 30,2008, the Plainfiffs received a letter from the FDIC Headquarters at Department of Resolutions and Receivership at Dallas.Texas with a Notice of Discovered Creditor-Proof of Claim stating that the Plaintiffs had not filed a Proof of Claim. This is the same department that had issued the Notice of Allowance of Claim dated on July 21, 2008. The Plaintiffs immediately called the claim agent in Dallas and were connected to the IndyMac section, where the Plaintiffs were told that they would get a phone call the next day by someone from that department who was qualified to answer thier question. A person named David Stewart called the next

2

morning and told the Plaintiffs to fax him all relative information so he could ascertain what was going on. The following morning the Plaintiffs received several phone calls from a person who identified herself as Karen calling for David Stewart. She kept insisting that the Plaintiffs had served an improper form of litigation and that the Plaintiffs had to comply with the administrative claims process. The Plaintiffs did finally get a copy of the Proof Of Claims form a few days later, a copy of which is enclosed.

In reply to the Defendant Federal Deposit Insurance Corporation as the Receiver's Motion to Dismiss the Plaintiffs' Complaint for the Lack of Jurisdiction, the Plaintiffs contend that in their complaint that they never intended to imply or state that they were asking the court to rule on any claim against IndyMac Thrift Two. Th Plaintiffs simply were seeking a review of the FDIC determination with respect to what were called uninsured deposits. With regard to the statement by the Defendants' Attorney Rita M. Haesler stating that the Plaintiffs signed and approved the structuring of their $100,000 CD deposit with IndyMac Bank at the time that the accounts were created, is completely untrue. The Plaintiff Eugene J Camerini went to IndyMac Bank in Northridge on May 18,2008 to see about opening a CD account in the name of his wife Alma M. Camerini in the amount of $100,000. The Plaintiff Alma M. Camerini was not present so she was not physically able to sign and approve the structuring of the deposit that day. On the next day May 19, 2008, Alma M. Camerini did sign the signature card based on what her husband had been told. A signature card is signed to allow the depositors to have access to their money and nowhere on the card is there any explanation how the account was set up. On or about February 19 or 20, 2009 Plaintiff Alma M. Camerini phoned Manager Vita Owczarczak Jay of the Northridge branch of IndyMac Bank. The Plaintiff Alma M. Camerini requested Vita to send her a copy of how the account had been structured and all Vita offered was a copy of the signature card. To this day the Plaintiff Alma M. Camerini has no idea how the account was structured. For some reason Vita does not think it is necessary to allow the Plaintiff to see the bank records.

Both Defendants' FDIC Attorneys Rita M. Haesler and Scott H. Christensen state that the Defendants do not have to meet and

3

confer with the Plaintiffs pursuant to L. R. 7-3 and L.R. 16-12(e). because the Plaintiffs are not licensed attorneys. In this case it seems to give an advantage to the Defendants and be somewhat discriminatory against to the Plaintiffs. The Plaintiff Eugene J Camerini is a World War II veteran who voluntarily enlisted in the United States Marine Corps in early 1943 and served his country until 1948 when he was honorably discharged. It is very disappointing that the FDIC, which is a an agency of the United States Government, has hired attorneys who state that allegations by the Plaintiffs are not sufficient to be believed and so question the veracity of the Plaintiffs.

## CONCLUSIONS

Therefore, the Plaintiffs respectively ask that the motion to dismiss their complaint be denied because of the following reasons:

1. The Plaintiffs have a Receivership Certificate of Proof of Claim No. 6064 dated July 21,2008 in the amount of $53,527.17 signed by the Federal Depolsit Insurance Corporation Receiver located in Pasadena, California. The Plaintiffs also have a Notice of Allowance of Claim which states that the enclosed Receivership Certificate represents a formal record of the Plaintiffs' claim as allowed. This claim was sent by the Division of Resolutions and Receivership of the FDIC located in Dallas, Texas. The Plaintiffs should not have to go through the administrative claims process because the Plaintiffs have two proofs of Claims.

2. The Plaintiffs' complaint should not be dismissed because the Plaintiffs only wanted to take advantage of the offer made by the FDIC Division of Resolutions and Receivership in Dallas, Texas to request a review of the FDIC Determination in respect to uninsured deposits and nothing else.The Plaintiffs did not seek or imply that they wanted the Court to adjudicate any monetary claims against IndyMac Bank. Therefore the Court does not lack jurisdiction on something it was not asked to do.

Date: February 25, 2009

*Alma M. Camerin*
*E.J. Camerin*
Signatures of Plaintiffs

Enclosures:
1) RECEIVERSHIP CERTIFICATE OF PROOF OF CLAIM-NO>6064
2.) NOTICE OF ALLOWANCE OF CLAIM
3.) NOTICE TO DISCOVERED CREDITOR-PROOF OF CLAIM
4.) Signature Card

10007 - IndyMac Bank, F.S.B.    Pasadena, CA
(Name and Location of Bank)

## RECEIVERSHIP CERTIFICATE OF PROOF OF CLAIM - NO. 6064

July 21, 2008

THIS IS TO CERTIFY THAT ALMA CAMERINI, EUGENE CAMERINI    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
(Name)    (Tax No.)

Of 9447 WHITAKER AVE., NORTHRIDGE, CA, 91343
(Address)

has made satisfactory proof that ALMA CAMERINI, EUGENE CAMERINI

is a creditor of the 10007 - IndyMac Bank, F.S.B.    in the amount of

Fifty three thousand five hundred twenty seven and seventeen /100

Dollars upon the following

claim to wit:

FDIC USE ONLY

| CLAIM NUMBERS | ACCOUNT NUMBERS | AMOUNTS | DPC#/TAX CODE | AMOUNTS |
|---|---|---|---|---|
| 100241964-000 | 2213058917-02 | $53,527.17 | 901.0 | $53,527.17 |
| 100241965-000 | 2213078689-02 | $0.00 | 901.1 | $0.00 |
| TOTALS | | $53,527.17 | TOTALS | $53,527.17 |

Balance due in excess of any amount paid by and assigned the Federal Deposit Insurance Corporation and said creditor or the lawful assignee of this claim will alone be entitled to any distributions made hereon.

No assignment of this claim, or any portion thereof, will be recognized as to any distribution unless written notice of assignment has been given to the Receiver and accepted by it and entered thereon before such distribution has been paid. Please complete the section below **only** if you are assigning your claim to another person or entity.

Claimant should notify the Receiver promptly of any change in claimant's address.

FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER

By _____
(Receiver)

---

ASSIGNMENT OF RECEIVER'S CERTIFICATE    Date: _____, _____

For value received claimant herein named hereby transfers and assigns the within claim to:

_____
(Name and Address)

_____    _____
(Original Claimant Signature)    (Date Signed)

FDIC accepted/entered on Date: _____, _____    by _____

RLS7213

**FDIC**
**Federal Deposit Insurance Corporation**
1601 Bryan Street, Dallas, TX 75201

Division of Resolutions and Receiverships

July 21, 2008

ALMA CAMERINI, EUGENE CAMERINI
9447 WHITAKER AVE.
NORTHRIDGE, CA 91343

SUBJECT:   10007 – IndyMac Bank, F.S.B.
Pasadena, CA – In Receivership
**NOTICE OF ALLOWANCE OF CLAIM**

Dear Claimant:

On July 11, 2008 (the "Closing Date"), the IndyMac Bank, F.S.B., 888 East Walnut Sreet, Pasadena, CA, 91101 (the "Failed Institution") was closed by the Office of Thrift Supervision, and the Federal Deposit Insurance Corporation (the "FDIC") was appointed Receiver (the "Receiver").

Enclosed you will find a Receiver's Certificate in the amount of $53,527.17. The enclosed Receivership Certificate represents a formal record of your claim as allowed. As the FDIC acting as Receiver liquidates the assets of the Failed Institution, you may periodically receive payments on your claim through dividends. The Receiver pays dividends according to the priorities established by applicable law.

The Receiver will send your dividends to the address shown on your Receivership Certificate, please notify this office if your address changes.

If you have uninsured deposits, as established by the FDIC's insurance determination, you automatically have a claim for such funds. **In the event you disagree with the FDIC's determination with respect to your uninsured deposits, you may seek a review of the FDIC's determination in the United States District Court for the federal judicial district where the principal place of business of the Failed Institution was located. You must request this review no later than 60 days after the date of this letter.**

If you have any questions, please contact Claims Agent at (972) 761-2112.

Sincerely,

Claims Agent
Claims Department

RLS7213

[handwritten margin note: 319 N. Spring Street]
[handwritten: EXHIBIT A   2]

**FDIC**

**Federal Deposit Insurance Corporation**
1601 Bryan Street, Dallas, TX 75201

Division of Resolutions and Receiverships

September 30, 2008

Alma M. And Eugene J. Camerini
Case: CV08-6047 GW (FMOx)
9447 Whitaker Ave
Northridge, CA 91343-2735

SUBJECT:   10007–IndyMac Bank, F.S.B.
Pasadena, CA – In Receivership
Closing Date: July 11, 2008
Claims Bar Date: October 14, 2008
**NOTICE TO DISCOVERED CREDITOR - PROOF OF CLAIM**

Dear Claimant:

On July 11, 2008 (the "Closing Date"), the Office of Thrift Supervision closed IndyMac Bank, F.S.B., Pasadena, CA, 91101 (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver").

The Receiver has discovered that you may have a claim against the Failed Institution. If, in fact, you do not have a claim against the Failed Institution, please disregard this notice.

The Receiver previously published a notice to creditors of the Failed Institution in LA Times & Wall Street Journal stating that claims must be filed by the Claims Bar Date referenced above ("Claims Bar Date").

Although the Claims Bar Date has passed, under federal law the Receiver may consider claims filed after the Claims Bar Date if: 1) the claimant did not receive notice of the appointment of the Receiver in time to file a claim, AND 2) the claim is filed in time to permit payment of the claim. 12 U.S.C. Section 1821(d)(5)(C). Nothing in this letter is intended to imply that the Receiver has extended the Claims Bar Date.

However, for the Receiver to consider your claim, you must prove to the Receiver's satisfaction that you did not have knowledge of the appointment of the Receiver in time to file a claim before the Claims Bar Date. Therefore, you must do ALL of the following:

- Complete the enclosed Proof of Claim Form
- Sign the Proof of Claim Form
- Provide supporting documentation both regarding your claim and your lack of knowledge of the appointment of the Receiver (for example, evidence that someone was on active military duty stationed overseas at the time of the appointment of the Receiver)

Please submit the properly completed Proof of Claim Form and the supporting documentation to the Receiver on or before **December 29, 2008**. You must return the properly completed Proof of Claim Form, along with the supporting documentation, to the following address:

RLS7222

3

**imb IndymacBank**℠

*Master Agreement (Signature Card)*
*Consumer Accounts*

Your signature below confirms that: 1) All information given to Indymac Bank is correct. 2) You have received our Consumer Terms and Conditions and Privacy Policy which includes our policies governing electronic funds transfers and funds availability. 3) You agree to the terms of our Consumer Terms and Conditions, including our option to change our terms and conditions at any time. In such event, we will inform you of changes that may affect your rights and obligations.

**Customer Identification Notice:** The USA PATRIOT Act, a federal law, requires all financial institutions to obtain sufficient information to verify your identity when creating a new banking relationship. You may be asked several questions including your name, address and date of birth, and to provide one or more forms of identification to fulfill this requirement. In some instances, we may require other identifying document and/or use a third party information provider for verification purposes. Of course, our established Privacy Policy will protect your personal information.

### NAME 1 INFORMATION
- TIN: 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    CIF: 0005730482
- Name: ALMA CAMERINI
- Street: 9447 WHITAKER AVE.
- City: NORTHRIDGE    State: CA    Zip Code: 91343-
- Home Phone No: 818-895-1871    Daytime Phone No: ___
- Occupation: retd
- Date of Birth: 08/16/1925    Mother's Maiden Name: BORGHESE
- Primary ID: cdl B0978876 08/16/09
- Secondary ID: AMEX

### NAME 2 INFORMATION
(blank)

### NAME 3 INFORMATION
(blank)

### NAME 4 INFORMATION
(blank)

This is your [X] Permanent  [ ] Temporary account agreement

BANK USE ONLY Date Setup 04/19/2008
By Paul Bartek

### ACCOUNT TYPE
[ ] Individual  [ ] Joint Account  [ ] Tenancy in Common
[ ] Formal Trust  [X] Revocable/Totten Trust  [ ] Community Property
[ ] Other (Account Descriptor)

### ACCOUNT TITLE
ALMA CAMERINI
itf EUGENE CAMERINI
itf KEITH CAMERINI

### ACCOUNT NUMBER
2213078689

### CLOSED DATE
___

### ACCOUNT SIGNATURES
Number of Signatures Required for Withdrawals: 1

1) *Alma M Camerini*
2) ___
3) ___
4) ___

### TAX IDENTIFICATION NUMBER (TIN) CERTIFICATION
Under penalty of perjury, I certify:
1. The number shown on this form is my correct taxpayer identification number, and
2. I am not subject to backup withholding either because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest dividends, or (c) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

**Certification Instructions:** You must cross out item "2" above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Date: 4/18/__    Signature: *Alma M Camerini*

### ELECTRONIC SERVICE
[ ] Please issue an Indymac check card or Indymac ATM card and a Personal Identification (PIN) to electronically access the eligible account(s).
___ (Enter initials only)

### STATEMENT MAILING INSTRUCTIONS
[ ] Hold statement for my pick-up  [X] Send the statement to the address below
Street: 9447 WHITAKER AVE.
City: NORTHRIDGE    State: CA    Zip Code: 91343

ChexSystems Verification 04/19/2008
By Paul Bartek

Approved/Reviewed By ___

Rev 7/16/07    Page 1 of 2    MEMBER F.D.I.C    IndyMac Bank, F.S.B

4

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Alma M. Camerini et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | CV08-6047 MMM (JWJx) |
| v. | |
| FDIC Indymac Federal Bank FSB et al | PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of _____, State of California, and not a party to the above-entitled cause. On February 26th, 20 09, I served a true copy of Opposition to motion by defendant federal deposit insurance corporation as receiver to dismiss plaintiffs' complaint by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Rita M. Haeusler, 350 South Grand Ave. 36th Floor, Los Angeles, CA 90071
Executed on February 26th, 20 09 at Los Angeles, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*E.J. Camerini*
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

Signature                                        Party Served