FILED

2009 APR 13 PM 12: 10

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

ALMA M CAMERINI
EUGENE J CAMERINI
9447 Whitaker Ave.
Northridge, California, USA, 91343-2735
Telephone: (818)895-1871
E-mail: cam@copper.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA M. CAMERINI AND EUGENE J. CAMERINI<br><br>Plaintiffs,<br><br>versus<br>FEDERAL DEPOSIT INSURANCE CORPORATION<br><br>Defendants | Case No. 08-CV-6047 MMM (JWJx)<br><br>Assigned to Hon. Margaret M. Morrow<br><br>JOINT RULE 26(f) REPORT-<br>Objection-Plaintiffs not included in the drafting of this joint report |

    Please be advised that Plaintiffs Alma and Eugene Camerini cannot comply with Joint Rule 26(f) Report as prepared by the defendants for the following reasons.
    To begin with there is no mention of the outcome of the Plaintiffs' requested judicial review. Defendants point out that Rule 26(a)(1)(B)(i) means that there shall be no meeting between them and the Plaintiffs which means that the Defndants had never any intention of seeing that there was a possible resolution of this matter.

1

Instead the case is now proceeding to discovery based on initial disclosure limited to the administrative record to be reviewed by the court.

The Plaintiffs had requested said record from Vita Owczarczak Jay, who was the manager at IndyMac Bank in Northridge, California, before its collapse, on at least three occasions to no avail. On two occasions the Plaintiff Alma M. Camerini personally spoke to Vita and the last occasion was by phone on February 19, 2009. All she ever offered was a copy of the signature card.

The Plaintiffs respectively submit that they are entitled to be made aware of what is contained in this administrative record, preferably before April 20, 2009, which is the date of the next court hearing.

Furthermore the Plaintiffs contend that the time scheduled for the case to proceed is way too long. Febuary 22, 2010 set for the trail date would be nineteen months since July 21, 2008, when the Plaintiffs lost over $26,000 from their account. It is simply unreasonable that the Plaintiffs should be left in doubt for such a long period of time with regard to the status of their disputed monetary loss.

The Joint Rule 26(f) the Plaintiffs are being asked to agree with is being proposed only by the Defendants and this cannot be their prerogative in the Plaintiffs' opinion.

So Plaintiffs again respectively ask that they be given a copy of the administrative record so that they can be familiar with its contents before the next court hearing.

Dated April 10, 2008    ALMA M. CAMERINI AND EUGENE J. CAMERINI PRO PER

*Alma M. Camerini* (signature)
Alma M. Camerini

*E.J. Camerini* (signature)
Eugene J Camerini

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF(S), | CASE NUMBER |
|---|---|
| v. | |
| DEFENDANT(S). | PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of _____, State of California, and not a party to the above-entitled cause. On  April 11 , 20 09 , I served a true copy of  Joint Rule 26 (f) Objection -Plaintiffs not included in the drafting of this joint report  by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing:  350 S. Grand Ave., Los Angeles, CA 90071- Rita M. Haeusler 
Executed on  April 11 , 20 09  at  Los Angeles , California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*E.J. Camerini*
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

Signature                                                    Party Served