UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-06047 MMM (JWJx) | Date | May 13, 2009 |

| | |
|---|---|
| Title | *Alma M. Camerini et al. v. FDIC IndyMac Federal Bank FSB* |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |

| | |
|---|---|
| ANEL HUERTA | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **Order Denying Plaintiffs' Request for Postponement of Mediation**

  On May 7, 2009, plaintiffs Alma and Eugene Camerini filed a "request for postponement of mediation."[1] Plaintiffs indicate that they "have not received a copy of the scheduled administrative report to this date, which they were supposed to receive for their consideration before the mediation process was to occur."[2] They also contend that counsel for defendant Federal Deposit Insurance Corporation ("FDIC"), Alex Spjute, has contacted them and asked them to study a list of possible mediators. Plaintiffs state, without elaboration, that they "strongly feel that his proposal would not be a fair procedure for them."[3]

  The court denies plaintiffs' request. At the case management conference on April 20, 2009, the court gave the FDIC until Monday, May 11, to produce the administrative record for the Camerinis' review. The FDIC complied with this deadline, filing the administrative record on May 11, 2009.[4] The Camerinis have three weeks to review the record in advance of the June 5, 2009 mediation deadline.

  The court is not aware of the contents of the mediator list Spjute gave the Camerinis. The

---

[1]Docket No. 34 (May 7, 2009).

[2]*Id*.

[3]*Id*. at 2.

[4]See Declaration of Jared R. Brown Attaching Administrative Record, Docket No. 33 (May 11, 2009).

Camerinis can find a complete list of all members of the court's Attorney Settlement Officer Panel on the court's website.  The court directed the parties to confer regarding selection of a member of this panel and to advise the administrator of the ADR Pilot Program who they agreed should serve as the mediator in the case.  The FDIC may have identified those settlement officers to whom it was willing to stipulate, and provided that list to the Camerinis.  The Camerinis are advised to review the court's website, http://156.131.20.221/cacd/AttySetPan.nsf/Profiles?OpenView&ExpandView, and determine which of the settlement officers they would be willing to accept.  To the extent there is overlap between the FDIC's list and the Camerinis' list, the parties can stipulate to a settlement officer.  The parties are expected to cooperate in the selection of a mutually agreeable attorney settlement officer, to contact the chosen mediator as soon as possible, and to attempt to schedule the mediation on or before the June 5, 2009.  To the extent that the mediator's schedule will not accommodate this deadline, the parties may request an extension of the mediation completion date by submitting an appropriate stipulation.