1  SCOTT H. CHRISTENSEN, admitted *pro hac vice*
   HUGHES HUBBARD & REED LLP
2  1775 I Street, N.W.
   Washington, D.C. 20006-2401
3  Telephone: (202) 721-4600
   Facsimile: (202) 721-4646
4  Email: christen@hugheshubbard.com

5  RITA M. HAEUSLER, State Bar No. 110574
   ALEX E. SPJUTE, State Bar No. 229796
6  HUGHES HUBBARD & REED LLP
   350 South Grand Avenue, 36th Floor
7  Los Angeles, California 90071-3442
   Telephone: (213) 613-2800
8  Facsimile: (213) 613-2950
   Email: haeusler@hugheshubbard.com
9
   Attorneys for Defendant Federal Deposit Insurance Corporation
10
                  **UNITED STATES DISTRICT COURT**
11                **CENTRAL DISTRICT OF CALIFORNIA**

12 ALMA M. CAMERINI AND          )  Case No. 08-CV-6047 MMM (AJWx)
   EUGENE J. CAMERINI,           )
13                               )  [Assigned to Hon. Margaret M. Morrow]
                Plaintiffs,      )
14                               )  **DECLARATION OF ALEX SPJUTE**
        v.                       )  **IN SUPPORT OF THE FDIC'S**
15                               )  **OPPOSITION TO PLAINTIFFS'**
   FEDERAL DEPOSIT INSURANCE     )  **MOTION TO COMPEL**
16 CORPORATION,                  )  **PRODUCTION**
                                 )
17              Defendant.       )  Complaint Filed: September 16, 2008
                                 )
18                               )  Hearing:    November 2, 2009
                                 )  Time:       10:00 a.m.
19 _____)  Courtroom: 690 (Roybal)

20         I, Alex E. Spjute declare,

21         1.    I am an attorney admitted to practice in the State of California and

22 before this Court. I am an associate with the firm Hughes Hubbard & Reed LLP,

23 counsel for Defendant Federal Deposit Insurance Corporation ("FDIC") in this action.

24 I make this declaration based upon my own personal knowledge, and if called as a

25 witness could testify competently to the facts stated herein, except for those facts

26 asserted on information and belief, and as to those I am informed and believe them to

27 be true.

28         2.    A true and correct copy of a letter sent by me to Plaintiffs Alma

                                      1

and Eugene Camerini on September 4, 2009 is attached hereto as Exhibit 1.

     3.    A true and correct copy of the FDIC's Response to Plaintiffs' Requests for Production with accompanying produced documents, sent to Plaintiffs Alma and Eugene Camerini on September 8, 2009, is attached hereto as Exhibit 2.

     4.    A true and correct copy of a letter sent by me to Plaintiffs Alma and Eugene Camerini on September 15, 2009 is attached hereto as Exhibit 3.

     5.    On information and belief, a diligent search was conducted by employees of OneWest Bank, F.S.B., the successor to IndyMac Federal Bank, F.S.B. and IndyMac Bank, F.S.B., for paper Certificates of Deposit for Account Nos. XXXXXX8917 and XXXXXX8689[1], and no such paper records were found.

     6.    On information and belief, it was the standard practice of IndyMac Bank to not keep paper copies of Certificates of Deposit for depositors' accounts, as the information contained in such Certificates of Deposit was incorporated and included in IndyMac Bank's computer files for each account.

     7.    On information and belief, IndyMac Bank would send paper Certificates of Deposit to new depositors who opened a Certificate of Deposit either over the telephone or through the internet for the new depositor's records, but it was IndyMac Bank's standard practice to not retain copies of these paper Certificates of Deposit.

     8.    Plaintiffs have not met and conferred, or otherwise communicated with counsel for the FDIC regarding Plaintiffs' document requests or the FDIC's response to said request and document production, except by way of filing and serving motions to compel.

     I declare under the penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on October 19, 2009.

                                               Alex E. Spjute

---

[1]    The last four digits of the account numbers are omitted to protect the personal information of the accountholders.

2

# EXHIBIT 1

Scott H. Christensen
Telephone: (202) 721-4644
Fax: (202) 721-4646
christen@hugheshubbard.com

Alex E. Spjute
Telephone: (213) 613-2853
Fax: (213) 613-2950
spjute@hugheshubbard.com

September 4, 2009

**BY U.S. MAIL**

Alma and Eugene Camerini
9447 Whitaker Avenue
Northridge, CA 91343

     Re:    *Camerini v. FDIC*; Case No. 08-CV-6047 MMM (AJWx)

Dear Mr. And Mrs. Camerini:

    This letter is regarding the short message I left you earlier today on your voicemail. We are in receipt of your Request to Compel Production of Documents, dated September 2, 2009. Please rest assured that the FDIC will be responding to your August 5, 2009 Request for Production by September 8, 2009, which is within the deadline to respond as set by Rules 6 and 34 of the Federal Rules of Civil Procedure and the Local Rules.

    Please keep in mind that, as you served your August 5, 2009 Request for Production by mail, 3 days are added to the 30 day deadline for responding, and the Labor Day holiday adds another day, making the deadline for responding September 8, 2009. Additionally, your June 26, 2009 Request for Production was without effect as you served it before the Court's July 6, 2009 order allowing limited discovery in this case. As such, your Request to Compel Production of Documents is premature and we believe unnecessary.

    If you have any questions, please do not hesitate to contact me directly.

                     Yours truly,

                     Alex Spjute

AES:cdr

**EXHIBIT 2**

1   SCOTT H. CHRISTENSEN, admitted *pro hac vice*
    HUGHES HUBBARD & REED LLP
2   1775 I Street, N.W.
    Washington, D.C.  20006-2401
3   Telephone:  (202) 721-4600
    Facsimile:  (202) 721-4646
4   Email:  christen@hugheshubbard.com

5   RITA M. HAEUSLER, State Bar No. 110574
    ALEX E. SPJUTE, State Bar No. 229796
6   HUGHES HUBBARD & REED LLP
    350 South Grand Avenue, 36th Floor
7   Los Angeles, California  90071-3442
    Telephone:  (213) 613-2800
8   Facsimile:  (213) 613-2950
    Email:  haeusler@hugheshubbard.com

9
    Attorneys for Defendant Federal
10  Deposit Insurance Corporation

11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**

13  ALMA M. CAMERINI AND          )   Case No.  08-CV-6047 MMM (AJWx)
14  EUGENE J. CAMERINI,           )
                                  )   [Assigned to Hon. Margaret M. Morrow]
15              Plaintiffs,       )
                                  )   **DEFENDANT'S RESPONSE TO**
16       v.                       )   **PLAINTIFFS' REQUEST TO**
                                  )   **PRODUCE DOCUMENTS AND**
17  FEDERAL DEPOSIT INSURANCE     )   **THINGS**
    CORPORATION,                  )
18                                )
                Defendant.        )
19  _____)

20  PROPOUNDING PARTY:    PLAINTIFFS ALMA M. CAMERINI AND
21                        EUGENE J. CAMERINI

22  RESPONDING PARTY:     DEFENDANT FEDERAL DEPOSIT
                          INSURANCE CORPORATION
23
24  SET NUMBER:           ONE

25

26

27

28

1    Defendant Federal Deposit Insurance Corporation ("FDIC") hereby

2  responds to Plaintiffs' Request to Produce Documents and Things ("Requests") as

3  follows:

4  ### PRELIMINARY STATEMENT

5    The responses set forth herein are given without prejudice to

6  Defendant's right to produce evidence of any subsequently discovered facts,

7  documents, or interpretations thereof, or to modify, change, or amend these

8  responses.  Disclosure of any information or production of any document does not

9  waive any objection to the admission of any such information or document during

10  any subsequent proceeding.  Inadvertent disclosure of any such information or

11  production of any such document shall not constitute a waiver of any privilege or

12  any other ground for objection to discovery with respect to such information or

13  document, or any other document, or with respect to the subject matter thereof, or

14  the information contained therein.  The information disclosed or documents

15  produced herein are provided without prejudice to Defendant's right to assert

16  subsequently, inter alia, the protection of Rule 26(c) of the Federal Rules of Civil

17  Procedure and to request an appropriate order to protect any information or

18  documents.  Legal documents prepared or sent in connection with the instant civil

19  action, including, by way of example and not limitation, pleadings, motions, and

20  correspondence from counsel, are not included in this response.

21  ### GENERAL OBJECTIONS

22    Defendant objects generally to the Requests on the grounds set forth in

23  paragraphs 1 through 2 herein.  These general objections are hereby incorporated by

24  reference into the response to each Request and are asserted in addition to all other

25  grounds for objection specifically asserted in response to each such Request.

26    1.    Defendant objects to the Requests to the extent that they are

27  outside the scope of discovery provided for in the Court's July 6, 2009 Order,

28  which limits discovery only to document requests for records of the type set out in

-2-

1  12 C.F.R. § 330.1(e).

2        2.    Defendant objects to the Requests to the extent that they impose

3  upon Defendant the burden of producing documents that are readily available to

4  Plaintiffs or already in Plaintiffs' possession, custody or control.

5      **RESPONSES TO REQUESTS FOR PRODUCTION**

6  **REQUEST FOR PRODUCTION NO. 1:**

7        (1)   That Defendant produce and permit Plaintiffs to inspect and to

8  copy each of the following documents:

9        1. IndyMac Bank Certificate of Deposit Account Number

10 2213078689 dated April 18, 2008, and

11       2. IndyMac Bank Certificate of Deposit Account Number

12 2213058917 dated March 2, 2008.

13       Plaintiffs ask that the above reports be sent to their address as follows:

14 9447 Whitaker Avenue, Northridge, California, 91343-2735 as soon as possible.

15       (2)   That the Defendants produce and permit Plaintiffs to inspect and

16 to copy, test, or sample each of the above reports.

17       (3)   That the Defendants permit Plaintiffs to photograph the original

18 reports wherever the inspection of the reports be decided to take place if the copies

19 will not be sent to the Plaintiffs' home address at 9447 Whitaker Avenue,

20 Northridge, California, 91343-2735.

21 **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

22       Defendant objects to the extent that Plaintiffs request discovery

23 beyond the limitations set by the Court's July 6, 2009 Order. Plaintiffs sued under

24 12 U.S.C. § 1821(f) for judicial review of the FDIC's deposit insurance

25 determination based on the FDIC's administrative record. The only question before

26 the Court is whether the FDIC's determination was arbitrary, capricious, or

27 otherwise not in accordance with law. 12 U.S.C. § 1821(f)(4); 5 U.S.C.

28

1   § 706(2)(A).  Plaintiffs already moved for discovery beyond the administrative

2   record (Docket Entry 41), and on July 6, 2009 the Court limited discovery relating

3   to that record (Docket Entry 44).  Defendant objects to Request No. 1 to the extent

4   that it seeks production of documents beyond the scope of the Court's July 6, 2009

5   Order.  Defendant further objects to the request as seeking documents not

6   considered by the FDIC in reaching its insurance determination and seeking

7   documents that were not in existence or in the possession, custody, or control of

8   IndyMac Bank as of July 11, 2008.

9           Defendant has already produced to Plaintiffs the deposit account

10  records, *see* 12 C.F.R. §§ 330.5(a), 330.1(e) (2008), upon which the FDIC relied to

11  make its deposit insurance determination as set forth in the administrative record

12  and declaration of Jared R. Brown.  In conformance with the Court's July 6, 2009

13  Order, Defendant also will produce any additional documents in its possession that

14  constitute deposit account records under 12 C.F.R. § 330.1(e) "upon which

15  plaintiffs contend the FDIC relied in reaching its final deposit insurance

16  determination, and any other information which the FDIC, in its discretion,

17  gathered and considered concerning Plaintiffs' accounts prior to the date the

18  insurance determination was made."  *Camerini v. FDIC*, No. 08-CV-6047 MMM

19  (AJWx) (July 6, 2009 Order).

20

21  Dated:  September 8, 2009          HUGHES HUBBARD & REED LLP

22

23                                    By: _____
                                            Scott H. Christensen
24                                          Attorneys for Defendant Federal
                                            Deposit Insurance Corporation
25

26

27

28

-4-
60773771_1

## DECLARATION OF SERVICE BY MAIL

The undersigned declares:

I am, and was at all times herein mentioned, a citizen of the United States, a resident of the County of Los Angeles, over the age of 18 years and not a party to this action or proceeding. My business address is 350 South Grand Avenue, 36th Floor, Los Angeles, California 90071-3442. I am employed in the office of a member of the bar of this Court, at whose direction the service described herein was made.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business. On September 8, 2009, at my place of business, I placed a true and correct copy of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFFS' REQUEST TO PRODUCE DOCUMENTS AND THINGS** for collection and mailing on that date with the U.S. Postal Service, following ordinary business practice, in sealed envelopes, with postage fully prepaid, addressed as follows:

> Alma and Eugene Camerini
> 9447 Whitaker Avenue
> Northridge, CA 91343

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Los Angeles, California, on September 8, 2009.

Catherine Ryan

12/15/2008 17:47 FAX                                                    ☑001/002

**IndymacBank™**

*Master Agreement (Signature Card)*
*Consumer Accounts*

Your signature below confirms that: 1) All information given to Indymac Bank is correct. 2) You have received our Consumer Terms and Conditions and Privacy Policy which includes our policies governing electronic funds transfers and funds availability. 3) You agree to the terms of our Consumer Terms and Conditions, including our option to change our terms and conditions at any time. In such event, we will inform you of changes that may affect your rights and obligations.

Customer Identification Notice: The USA PATRIOT Act, a federal law, requires all financial institutions to obtain sufficient information to verify your identity when creating a new banking relationship. You may be asked several questions including your name, address and date of birth, and to provide one or more forms of identification to fulfill this requirement. In some instances, we may require other identifying document and/or use a third party information provider for verification purposes. Of course, our established Privacy Policy will protect your personal information.

**NAME 1 INFORMATION**
TIN __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__ CIF __0005730449__
Name __EUGENE CAMERINI__
Street __9447 WHITAKER AVE.__
City __NORTHRIDGE__ State __CA__ Zip Code __91343-__
Home Phone No __818-895-1871__ Daytime Phone No ____
Occupation __retired not provided__
Date of Birth __12/04/1922__ Mother's Maiden Name __BARA__
Primary ID __0005730449__
Secondary ID __Amex__ __5-31-09__

**NAME 2 INFORMATION**
TIN __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__ CIF __0005730432__
Name __ALMA CAMERINI__
Street __9447 WHITAKER AVE.__
City __NORTHRIDGE__ State __CA__ Zip Code __91343-__
Home Phone No __818-895-1871__ Daytime Phone No ____
Occupation __retired not provided__
Date of Birth __08/16/1925__ Mother's Maiden Name __BORGHESE__
Primary ID __B0973876__
Secondary ID __Amex__ __5-31-08__

**NAME 3 INFORMATION**
TIN ____ CIF ____
Name ____
Street ____
City ____ State ____ Zip Code ____
Home Phone No ____ Daytime Phone No ____
Occupation ____
Date of Birth ____ Mother's Maiden Name ____
Primary ID ____
Secondary ID ____

**NAME 4 INFORMATION**
TIN ____ CIF ____
Name ____
Street ____
City ____ State ____ Zip Code ____
Home Phone No ____ Daytime Phone No ____
Occupation ____
Date of Birth ____ Mother's Maiden Name ____
Primary ID ____
Secondary ID ____

This is your ☒ Permanent ☐ Temporary account agreement

**BANK USE ONLY** Date Setup __09/10/2007__
By __alex endo__

Rev. 8/30/06

**ACCOUNT TYPE**  ☐ Individual  ☐ Joint Account  ☐ Tenancy in Common
☐ Formal Trust  ☒ Revocable/Totten Trust  ☐ Community Property

**ACCOUNT TITLE**
EUGENE CAMERINI
ALMA CAMERINI
ITF KEITH CAMERINI

**ACCOUNT NUMBER**          **CLOSED DATE**
2213058917                  ~~10/4/07~~ 9/3/07
2210037386                  10/4/07

**ACCOUNT SIGNATURES**
Number of Signatures Required for Withdrawals __1__

1) ✗ *E. Camerini*
2) *Alma M. Camerini*
3)
4)

**TAX IDENTIFICATION NUMBER (TIN) CERTIFICATION**
Under penalty of perjury, I certify:
1. The number shown on this form is my correct taxpayer identification number, and
2. I am not subject to backup withholding either because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest dividends, or (c) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification Instructions: You must cross out item "2" above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Date ____ Signature __E. Camerini__

**ELECTRONIC SERVICE**
☐ Please initial an indicated box to consent to use a Personal Identification Number (PIN) to electronically access the eligible account(s).
(Enter initials only)

**STATEMENT MAILING INSTRUCTIONS**
☐ Hold statement for my pick-up  ☒ Send the statement to the address below
Street __9447 WHITAKER AVE.__
City __NORTHRIDGE__ State __CA__ Zip Code __91343__

ChexSystems Verification __09/10/2007__
By __alex endo__

Approved/Reviewed By ____

Page 1 of 2                MEMBER F.D.I.C          Indymac Bank F.S.B.

FDIC0001

12/15/2008 17:47 FAX                                                    ☑002/002

**imb** **IndymacBank™**

*Master Agreement (Signature Card)*
*Consumer Accounts*

Your signature below confirms that: 1) All information given to Indymac Bank is correct. 2) You have received our Consumer Terms and Conditions and Privacy Policy which includes our policies governing electronic funds transfers and funds availability. 3) You agree to the terms of our Consumer Terms and Conditions, including our option to change our terms and conditions at any time. In such event, we will inform you of changes that may affect your rights and obligations.

Customer Identification Notice: The USA PATRIOT Act, a federal law, requires all financial institutions to obtain sufficient information to verify your identity when creating a new banking relationship. You may be asked several questions including your name, address and date of birth, and to provide one or more forms of identification to fulfill this requirement. In some instances, we may require other identifying document and/or use a third party information provider for verification purposes. Of course, our established Privacy Policy will protect your personal information.

| NAME 1 INFORMATION | ACCOUNT TYPE | ☐ Individual | ☐ Joint Account | ☐ Tenancy in Common |
|---|---|---|---|---|
| TIN  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  CIF  0005730482 | | ☐ Formal Trust | ☒ Revocable/Totten Trust | ☐ Community Property |
| Name  ALMA CAMERINI | | ☐ Other (Account Description) | | |

Street  9447 WHITAKER AVE.

City  NORTHRIDGE  State  CA  Zip Code  91343-

Home Phone No  818-895-1871  Daytime Phone No _____

Occupation  retd

Date of Birth  08/16/1925  Mother's Maiden Name  BORGHESE

Primary ID  cdl B0978876 08/16/09

Secondary ID  AMEX

**ACCOUNT TITLE**
ALMA CAMERINI
itf EUGENE CAMERINI
itf KEITH CAMERINI

**ACCOUNT NUMBER**  2213078689        **CLOSED DATE**  10/15/08

**NAME 2 INFORMATION**

TIN _____  CIF _____

Name _____

Street _____

City _____  State _____  Zip Code _____

Home Phone No _____  Daytime Phone No _____

Occupation _____

Date of Birth _____  Mother's Maiden Name _____

Primary ID _____

Secondary ID _____

**ACCOUNT SIGNATURES**
Number of Signatures Required for Withdrawals  1

1) *Alma M Camerini*

2) _____

3) _____

4) _____

**NAME 3 INFORMATION**

TIN _____  CIF _____

Name _____

Street _____

City _____  State _____  Zip Code _____

Home Phone No _____  Daytime Phone No _____

Occupation _____

Date of Birth _____  Mother's Maiden Name _____

Primary ID _____

Secondary ID _____

**TAX IDENTIFICATION NUMBER (TIN) CERTIFICATION**

Under penalty of perjury, I certify:

1. The number shown on this form is my correct taxpayer identification number, and

2. I am not subject to backup withholding either because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest dividends, or (c) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. person (including a U.S. resident alien).

Certification Instructions: You must cross out item "2" above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

1/10/05        *Alma M Camerini*

**NAME 4 INFORMATION**

TIN _____  CIF _____

Name _____

Street _____

City _____  State _____  Zip Code _____

Home Phone No _____  Daytime Phone No _____

Occupation _____

Date of Birth _____  Mother's Maiden Name _____

Primary ID _____

Secondary ID _____

**ELECTRONIC SERVICE**

☐ Please issue an Indymac check card or Indymac ATM card and a Personal Identification (PIN) to electronically access the eligible account(s).
(Enter initials only)

**STATEMENT MAILING INSTRUCTIONS**

☐ Hold statement for pay pick-up        ☒ Send the statement to the address below.

Street  9447 WHITAKER AVE.

City  NORTHRIDGE  State  CA  Zip Code  91343

| This is your  ☒ Permanent ☐ Temporary account agreement | |
|---|---|
| **BANK USE ONLY** Date Setup  04/19/2008 | ChexSystems Verification  04/19/2008 |
| By  Paul Bartek | By  Paul Bartek  Approved/Reviewed By _____ |

Rev. 7/16/07                    Page 1 of 2                    MEMBER F.D.I.C                    IndyMac Bank F.S.B

FDIC0002

```
HIS  07/27/09 CD 2213058917      EUGENE CAMERINI
      TOTAL DEBITS : 9       206155.92       TOTAL CREDITS : 10       6155.92
ALL TRANSACTIONS BY DATE                     STATEMENT DATE :  7/27/09
 TR-DT    EF-DT    TRCD DESCRIPTION                    AMOUNT          BALANCE
01/01/08                  BALANCE FORWARD --------->                  200000.00
01/28/08 02/01/08 ID@  INTEREST PAID                   942.31         200942.31
01/28/08 02/01/08 WD@  INTEREST CHECK WITHDRAWAL       942.31         200000.00
02/26/08 03/01/08 ID@  INTEREST PAID                   881.38         200881.38
02/26/08 03/01/08 WD@  INTEREST CHECK WITHDRAWAL       881.38         200000.00
03/07/08 03/07/08 ID@  INTEREST PAID                   182.04         200182.04
03/07/08 03/07/08 WD@  INTEREST CHECK WITHDRAWAL       182.04         200000.00
03/07/08 03/07/08 RO@  ROLLOVER                          0.00         200000.00
03/07/08 03/07/08 RO   ROLLOVER                          0.00         200000.00
03/11/08 03/07/08 RE S ROLLOVER                          0.00         200000.00
03/28/08 04/01/08 ID@  INTEREST PAID                   571.96         200571.96
04/27/08 05/01/08 ID@  INTEREST PAID                   726.63         201298.59
05/28/08 06/01/08 ID@  INTEREST PAID                   753.61         202052.20
06/27/08 07/01/08 ID@  INTEREST PAID                   731.99         202784.19
07/28/08 08/01/08 ID@  INTEREST PAID                   759.18         203543.37
07/28/08 08/01/08 WD@  INTEREST CHECK WITHDRAWAL       759.18         202784.19
08/04/08 08/04/08 DW8S FDIC UNINSURED FUNDS          53527.17         149257.02
08/12/08 08/12/08 DW1  WITHDRAWAL                     2784.19         146472.83
08/28/08 09/01/08 ID@  INTEREST PAID                   571.50         147044.33
08/28/08 09/01/08 WD@  INTEREST CHECK WITHDRAWAL       571.50         146472.83
09/03/08 09/03/08 ID@  INTEREST PAID                    35.32         146508.15
09/03/08 09/03/08 WD@  INTEREST CHECK WITHDRAWAL        35.32         146472.83
09/03/08 09/03/08 RO@  ROLLOVER                          0.00         146472.83
09/03/08 09/03/08 CO1  CLOSING WITHDRAWAL           146472.83              0.00
WRN000 ACCT CLOSED
#     !  21
```

FDIC0003

```
HIS  07/27/09 CD 2213078689     ALMA CAMERINI
    TOTAL DEBITS : 6       102011.79      TOTAL CREDITS :  8    102011.79
ALL TRANSACTIONS BY DATE                          STATEMENT DATE : 7/27/09
  TR-DT    EF-DT    TRCD DESCRIPTION                    AMOUNT        BALANCE
01/01/08                 BALANCE FORWARD --------->                     0.00
04/19/08 04/18/08 NE3S DEPOSIT                       100000.00     100000.00
04/27/08 05/01/08 ID@  INTEREST PAID                    140.67     100140.67
05/28/08 06/01/08 ID@  INTEREST PAID                    346.74     100487.41
06/27/08 07/01/08 ID@  INTEREST PAID                    336.70     100824.11
07/28/08 08/01/08 ID@  INTEREST PAID                    349.11     101173.22
07/28/08 08/01/08 WD@  INTEREST CHECK WITHDRAWAL        349.11     100824.11
08/12/08 08/12/08 DW1  WITHDRAWAL                       824.11     100000.00
08/28/08 09/01/08 ID@  INTEREST PAID                    347.27     100347.27
08/28/08 09/01/08 WD@  INTEREST CHECK WITHDRAWAL        347.27     100000.00
09/27/08 10/01/08 ID@  INTEREST PAID                    335.07     100335.07
09/27/08 10/01/08 WD@  INTEREST CHECK WITHDRAWAL        335.07     100000.00
10/15/08 10/15/08 ID@  INTEREST PAID                    156.23     100156.23
10/15/08 10/15/08 WD@  INTEREST CHECK WITHDRAWAL        156.23     100000.00
10/15/08 10/15/08 RO@  ROLLOVER                           0.00     100000.00
10/15/08 10/15/08 CO1  CLOSING WITHDRAWAL             100000.00         0.00
WRN000 ACCT CLOSED
#     !  21
```

FDIC0004



**Account Info**
Account: CD - 2213078699   Nickname:                                    Status: 03 Closed
Memo:                                         Type: 22 Custom Term CD 180-209 Days

**Customer Info**
ALMA CAMERINI                                           Rel: SLB  Type: P  CIF: 0005730482
EUGENE CAMERINI                                         Rel: BN   Type: P  CIF: 0005730449

**Data Field Details**

| Number | Name | AL Data Formated | AL Data Unformated |
|--------|------|------------------|--------------------|
| 036 | OPENING-DT | 04/18/08 | 41808 |
| 001 | ACCT-BAL | .00 | 0 |
| 059 | YTD-INT | .00 | 0 |
| 023 | INT-RATE | 3.440 | 3440 |
| 049 | TERM | 0180 Days | 180 |
| 002 | ACCT-TYPE | 22 | 22 |
| 029 | MAT-NOT-DT | 04/13/09 | 41309 |
| 046 | PREV-MAT-DT | 10/15/09 | 101508 |
| 076 | ACCRUED-INT | .00 | 0 |
| 150 | MGT-HLD-AMT | .00 | 0 |
| 218 | PREV-SC-AVGBAL-01 | 100,000.00 | 10000000 |

LOCK-FLAGS



FDIC0007



Operator  Applications  Administration  Tools  Documents  Application Launcher  Help

⤷ Account Services  ⤷ Teller  ⤷ RCIF  ⤷ ATM  ⤷ Sig Verify  ⤷ Fee Table  ⤷ Interaction History  ⤷ EJ  ⤷ T27

**Account Info**
Account:  CD - 2213058917    Nickname:                                    Status: 03  Closed
Memo:                                            Type: 22  Custom Term CD 180-209 Days

**Customer Info**
EUGENE CAMERINI                                      Rel: JBO  Type: P  OIF: 0005730449
ALMA CAMERINI                                        Rel: JBO  Type: P  CIF: 0005730482

**Data Field Details**

| Number | Name | AL Data Formated | AL Data Unformated |
|--------|------|------------------|--------------------|
| 098 | OPENING-DT | 09/10/07 | 91007 |
| 001 | ACCT-BAL | .00 | 0 |
| 059 | YTD-INT | .00 | 0 |
| 023 | INT-RATE | 3.540 | 3540 |
| 049 | TERM | 0180 Days | 180 |
| 002 | ACCT-TYPE | 22 | 22 |
| 029 | MAT-NOT-DT | 03/02/09 | 30209 |
| 046 | PREV-MAT-DT | 09/03/08 | 90308 |
| 076 | ACCRUED-INT | .00 | 0 |
| 150 | MGT-HLD-AMT | .00 | 0 |
| 218 | PREV-SC-AVGBAL-01 | 152,640.00 | 15264000 |

🔒 LOCK-FLAGS

Start                                                           9:37 AM

FDIC0008



**EXHIBIT 3**



# Hughes
# Hubbard

Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, California 90071-3442
Telephone: 213-613-2800
Fax: 213-613-2950
hugheshubbard.com

Scott H. Christensen
Telephone: (202) 721-4644
Fax: (202) 721-4646
christen@hugheshubbard.com

Alex E. Spjute
Telephone: (213) 613-2853
Fax: 213-613-2950
spjute@hugheshubbard.com

September 15, 2009

**BY U.S. MAIL**

Alma and Eugene Camerini
9447 Whitaker Avenue
Northridge, California  91343

Re:   *Camerini v. FDIC*; Case No. 08-CV-6047 MMM (AJWx)

Dear Mr. and Mrs. Camerini:

Pursuant to the Court's July 6, 2009 order regarding additional discovery and your August 5, 2009 Request for Production, we recently provided you with copies of the following IndyMac Bank records and files:  account signature cards, customer information files ("CIF") related to your accounts, call center session notes related to your accounts, and recent account transaction histories.

Please note that after a diligent search, no paper copies of certificates of deposit were found for your accounts, because IndyMac Bank did not keep paper copies of certificates of deposits.  The information about your accounts from IndyMac Bank's computer files, including the data regarding the certificates of deposit, was downloaded by the FDIC and previously provided to you as part of the FDIC's administrative record.

The FDIC does not consider the documents provided to you last week to be part of the administrative record, although the records do confirm the FDIC's insurance determination for your accounts.

Yours truly,

Alex Spjute

AES:cdr

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

**DECLARATION OF SERVICE BY MAIL**

The undersigned declares:

I am, and was at all times herein mentioned, a citizen of the United States, a resident of the County of Los Angeles, over the age of 18 years and not a party to this action or proceeding. My business address is 350 South Grand Avenue, 36th Floor, Los Angeles, California 90071-3442. I am employed in the office of a member of the bar of this Court, at whose direction the service described herein was made.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business. On October 19, 2009, at my place of business, I placed a true and correct copy of the foregoing **DECLARATION OF ALEX SPJUTE IN SUPPORT OF THE FDIC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION** for collection and mailing on that date with the U.S. Postal Service, following ordinary business practice, in sealed envelopes, with postage fully prepaid, addressed as follows:

> Alma and Eugene Camerini
> 9447 Whitaker Avenue
> Northridge, CA 91343

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Los Angeles, California, on October 19, 2009.

*Catherine Ryan*

Catherine Ryan

1
SPJUTE DECLARATION

60819927_1