UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES--GENERAL

Case No. CV 08-6047 MMM (AJWx)                    Date: November 3, 2009

Title: <u>ALMA M. CAMERINI, et al. v. FEDERAL DEPOSIT INSURANCE CORP.</u>
================================================================
PRESENT:     **HON. <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

<u>       Ysela Benavides       </u>                    <u>                              </u>
             Deputy Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                                   None Present

**ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS NEEDED TO SUPPLEMENT ADMINISTRATIVE REPORT**

The motion is **denied**. Defendant has represented to the court that "[a]fter a diligent search, ... no paper copies of the requested Certificates of Deposit for Account Nos. 8917 and 8689 were located...." [Defendant's Opposition at 2]. On the present record, there is no reason to question the accuracy of that representation.

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                                 Initials of Deputy Clerk_____
CIVIL-GEN