ALMA M. CAMERINI AND
EUGENE J. CAMERINI
0447 Whitaker Avenue
Northridge, California, USA, 91343-2735
Telephone:1(919)895-1871



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA M.CAMERIN<br>EUGENE J. CAMERINI | Case No. 08-CV-6047 MMM(AJWx)<br>Assigned to Hon Margaret M. Morrow |
| Plaintiffs | Objection to Order Referring Motion to<br>Compel to Judge Wistrich for decision |
| v | |
| FEDERAL DEPOSIT INSURANCE<br>CORPORATION | Complaint filed: September 16, 2008 |
| Defendants | |

This objection is with regard to Pro Se Plaintiff's copy of Judge Morrow's Civil Minutes Document received on November 3, 2009 regarding their motion to compel the production of IndyMac Bank record documents. There was a hearing scheduled for November 2, 2009 at 9:00 A M with Judge Wiistrich. The Plaintiffs were Informed that said hearing was canceled but now Judge Morrow has granted permission for Judge Wistrich to make a decision on his own in this matter without the Plaintiffs being present. On two occasions Wistrich has stricken the Plaintiffs' requests for the records in question from the FDIC attorneys based on local rule 37-2.1 saying that they had filed the requests incorrectly as motions. In both cases the Plaintiffs had filed them as requests to compel for the production of IndyMac Bank documents. Plaintiffs had previously filed two requests to the FDIC attorneys on Rule FRCP 34, one on Auguust 5, 2009 and the other on September 2, 2009. There was never any reply by the FDIC attorneys on either requests. It was obvious that there was no way for the Plaintiffs to get a joint stipulation from the FDIC attorneys, who were determined not to produce the documents which Akex Spijuk, one of the FDIC attorneys, deemed as unnecessary. That is why Plaintiffs filed a real motion on October 7, 2009 to compel the FDIC attorneys to produce the records in question so that Court would be advised that on October 9, 2009, Mr Spijuk had sent the Plaintiffs a letter stating that the FDIC attorneys could find no evidence of the existence of these records. Therefore none existing

records cannot be clear and unambiguous.

Judge Morrow had stated on July 2, 2009 that Plaintiffs were entitled to these two IndyMac reports to supplement the existing administrative reports filed by Jared Brown in May 2009. But since these records could not be found and proven to be true, there is no way for the Plaintiffs to supplement the administrative records. And if the records do not exist, they could not have been part of what was used by the FDIC attorneys after the failure of IndyMac Bank on July 11. 2008 to determine what the FDIC claimed to be uninsured deposits in the amount over $26,000 of Plaintiffs' money  Jared Brown's administrative report made no mention of the disputed records and they are not included in his administrative report. Furthermore if the records are missing it shoud not be necessary to continue with an impossible motion to compel what does not exist. This constitutes a waste of time and effort for all the parties involved in this case.

## CONCLUSION

Since it appears that it will be impossible for the Plaintiffs to supplement the existing administrative report after all their honest efforts to do so, the Plaintiffs believe that the Court should advise both parties as to what to do about the incomplete adminsitrative report. The Plaintiffs hereby request a hearing with Judge Morrow with regard to this matter.

Dated: November 4, 2009

_____
Alma M. Camerini
Plaintiff

_____
Eugene J. Camerini
Plaintiff

# PROOF OF SERVICE BY MAIL

I, E.J. Camerini (name), declare as follows:

I am over the age of 18 years, ~~and not a party to this action~~. My address is 9447 Whitaker Ave., Northridge, CA 91343-2735, which is located in the county where the mailing described below took place.

On 11-5-09 (date), I served the foregoing document(s) described as:

Case No. 08-CV-6047 Assigned to Hon. M.M. Morrow
Objection to Order Referring Motion to Compel to Judge Wistrich for decision

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail Los Angeles, CA, addressed to: (place of mailing)

Hughes Hubbard + Reed LLP (name)
350 South Grand Ave. (address)
Los Angeles CA 90071-3442 (address)

I declare under penalty of perjury under the laws of the states of the United States that the foregoing is true and correct.

Executed on 11-5-09 at L.A. County.
           (date)              (place of signing)

E.J. Camerini (signature)
E.J. Camerini (name)