1  SCOTT H. CHRISTENSEN, admitted *pro hac vice*
   HUGHES HUBBARD & REED LLP
2  1775 I Street, N.W.
   Washington, D.C. 20006-2401
3  Telephone: (202) 721-4600
   Facsimile: (202) 721-4646
4  Email: christen@hugheshubbard.com

5  RITA M. HAEUSLER, State Bar No. 110574
   ALEX E. SPJUTE, State Bar No. 229796
6  HUGHES HUBBARD & REED LLP
   350 South Grand Avenue, 36th Floor
7  Los Angeles, California 90071-3442
   Telephone: (213) 613-2800
8  Facsimile: (213) 613-2950
   Email: haeusler@hugheshubbard.com
9
   Attorneys for Defendant Federal
10 Deposit Insurance Corporation

11
                    UNITED STATES DISTRICT COURT
12                  CENTRAL DISTRICT OF CALIFORNIA

13
   ALMA M. CAMERINI AND            ) Case No. 08-CV-6047 MMM (JWJx)
14 EUGENE J. CAMERINI,             )
                                   ) [Assigned to Hon. Margaret M. Morrow]
15         Plaintiffs,             )
                                   ) **DEFENDANT FEDERAL DEPOSIT
16      v.                         ) INSURANCE CORPORATION'S
                                   ) NOTICE OF FILING OPENING
17 FEDERAL DEPOSIT INSURANCE       ) TRIAL BRIEF**
   CORPORATION,                    )
18                                 )
           Defendant.              )
19 _____ )

20
        Defendant Federal Deposit Insurance Corporation ("FDIC"), respectfully
21
   notes, pursuant to the Court's order of July 6, 2009, that the FDIC has already filed its
22
   Opening Trial Brief on July 6, 2009 (Docket Entry 42).
23
   Dated: November 30, 2009               HUGHES HUBBARD & REED LLP
24
25
                                          By: _____
26                                             Scott H. Christensen
                                               Attorneys for Defendant Federal
27                                             Deposit Insurance Corporation
28

                                           1
                         DEFENDANT FDIC'S OPENING TRIAL BRIEF