SCOTT H. CHRISTENSEN, admitted *pro hac vice*
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
Email: christen@hugheshubbard.com

RITA M. HAEUSLER, State Bar No. 110574
ALEX E. SPJUTE, State Bar No. 229796
HUGHES HUBBARD & REED LLP
350 South Grand Avenue, 36th Floor
Los Angeles, California 90071-3442
Telephone: (213) 613-2800
Facsimile: (213) 613-2950
Email: haeusler@hugheshubbard.com

Attorneys for Defendant Federal
Deposit Insurance Corporation

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA M. CAMERINI AND EUGENE J. CAMERINI,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　Defendant. | Case No. 08-CV-6047 MMM (JWJx)<br><br>[Assigned to Hon. Margaret M. Morrow]<br><br>**DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION'S RESPONSE TRIAL BRIEF** |

As of the date of this filing, Plaintiffs have not filed, nor has Defendant Federal Deposit Insurance Corporation ("FDIC") received, an opening trial brief in support of Plaintiffs' claim for judicial review of the FDIC's insurance determination. The deadline set by the Court for submitting an opening trial brief in its July 6, 2009 Order was November 30, 2009. Plaintiffs' failure to file any argument or evidence in support of their claim within the deadline set by the Court's order is sufficient reason for the Court to deem such failure to file as Plaintiffs' consent to the FDIC's insurance determination. *See* L.R. 7-12.

| | | |
|---|---|---|
| 1 | Dated: December 21, 2009 | HUGHES HUBBARD & REED LLP |
| 2 | | |
| 3 | | By: _____ |
| | | Scott H. Christensen |
| 4 | | Attorneys for Defendant Federal |
| 5 | | Deposit Insurance Corporation |

## DECLARATION OF SERVICE BY MAIL

The undersigned declares:

I am, and was at all times herein mentioned, a citizen of the United States, a resident of the County of Los Angeles, over the age of 18 years and not a party to this action or proceeding. My business address is 350 South Grand Avenue, 36th Floor, Los Angeles, California 90071-3442. I am employed in the office of a member of the bar of this Court, at whose direction the service described herein was made.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business. On December 21, 2009, at my place of business, I placed a true and correct copy of the foregoing **DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION'S RESPONSE TRIAL BRIEF** for collection and mailing on that date with the U.S. Postal Service, following ordinary business practice, in sealed envelopes, with postage fully prepaid, addressed as follows:

> Alma and Eugene Camerini
> 9447 Whitaker Avenue
> Northridge, CA 91343

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Los Angeles, California, on December 21, 2009.

*Catherine Ryan*
Catherine Ryan

---
1
PROOF OF SERVICE

60886096_1